UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1863 CDP |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon its own motion. Mail to plaintiff from the Court was returned without a forwarding address on December 6, 2007. As a result, the Court will dismiss this action without prejudice pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 7th day of January, 2008.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE